UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Cotter Corporation N.S.L., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:19-mc-774 RLW |
| United States of America, et al., | ) |
| Defendants. | ) |

# ORDER

The above styled and numbered case was opened on October 15, 2019.

Due to a clerical error, this case was assigned to the Honorable Ronnie L. White, United States District Judge and must be reassigned.

Accordingly,

IT IS THEREFORE ORDERED that the above-styled cause is randomly reassigned to the Honorable Audrey G. Fleissig, United States District Judge.

Dated this 18th Day of October, 2019

GREGORY J. LINHARES
CLERK OF COURT

By: /s/ Michele Crayton
    Court Services Manager

**In all future documents filed with the Court, please use the following case number: 4:19-mc-774 AGF**