# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSSOURI

Cotter Corporation (N.S.L.),

    Petitioner,

v.

United States of America; Republic Services, Inc.; Bridgeton Landfill, LLC; Allied Services, LLC; Westlake Landfill, Inc.; Rock Road Industries, Inc., Mallinckrodt LLC; and EverZinc USA, Inc.,

    Respondents.

Case No. 4:19-mc-00774-AGF

## RESPONDENT UNITED STATES OF AMERICA'S
## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Respondent United States of America, by and through counsel, respectfully request the Court grant leave to file under seal. In support of the Motion, Respondent states as follows:

1. On January 17, 2020, Respondents United States of America and Westlake Landfill filed a Renewed Request for Relief (Dkt. No. 45).

2. In support of that request, Exhibit 1 contains a transcript excerpt from the deposition of Edward McGrath, in which he is asked extensively about documents that Cotter Corporation (N.S.L.) has designated as Confidential.

3. Respondent therefore requests the Court enter an Order granting leave to file Exhibit 1 under seal.

DATE: January 17, 2020                                 Respectfully Submitted,

/s/Phillip R. Dupré
**Phillip R. Dupré**
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-7501
Fax: (202) 514-8865
E-mail: phillip.r.dupre@usdoj.gov

**David Dain**
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street
Suite 370 – South Terrace
Denver, CO 80202
Tel: (303) 844-7371
Email: david.dain@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the above Respondent United States Of America's Motion For Leave To File Exhibits Under Seal was served via the U.S. District Court electronic filing system on January 17, 2020. I also certify that I have sent the foregoing, along with the sealed exhibits, to the following attorneys via e-mail:

John McGahren — Jmcgahren@morganlewis.Com

Julia Yasmin Tayyab — Yasmin.Tayyab@morganlewis.Com

Allyson Elisabeth Cunningham — Acunningham@lathropgage.Com

Patricia L. Silva — Psilva@lathropgage.Com

Peter F. Daniel — Pdaniel@lathropgage.Com

William Garland Beck — Wbeck@lathropgage.Com

David Erickson — Derickson@shb.Com

Steven Soden — Ssoden@shb.Com

Richard Greenberg — Reg@greensfelder.Com

Kathleen Meredith Howard — Khoward@greensfelder.Com

/s/Phillip R. Dupré
Attorney for United States of America