**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| Cotter Corporation (N.S.L.), | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | Case No. 4:19-mc-00774-AGF |
| | ) | |
| United States of America, *et al.* | ) | |
| | ) | |
| Respondents. | ) | |

**REPLY IN SUPPORT OF REQUEST FOR RELIEF BY BRIDGETON LANDFILL, LLC,**
**REPUBLIC SERVICES, INC., AND ALLIED SERVICES, LLC**

Respondents Bridgeton Landfill, LLC, Republic Services, Inc., and Allied Services, LLC

hereby join in the Reply Brief in Support of its Renewed Request filed by the United States of

America (Dkt. No. 55).

WHEREFORE, for the reasons described in detail by the United States of America,

Cotter should be held to have waived its attorney-client privilege as to its decision to dispose of

radioactive residues from Latty Avenue at the Westlake Landfill and provide previously withheld

documents on those subjects to Respondents for potential use in follow-up questions to Mr.

McGrath.

1

Dated:  February 7, 2020            LATHROP GPM LLP

By:     /s/ William G. Beck
                 William G. Beck         26849MO
                 Peter F. Daniel           33798MO
                 Allyson E. Cunningham  64802MO
                 2345 Grand Boulevard, Suite 2200
                 Kansas City, Missouri 64108-2618
                 Telephone:  816.292.2000
                 Telecopier:  816.292.2001
                 William.Beck@lathropgpm.com
                 Peter.Daniel@lathropgpm.com
                 Allyson.Cunningham@lathropgpm.com


                 Attorneys for Respondents Bridgeton
                 Landfill, LLC, Republic Services, Inc., and
                 Allied Services, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading was served via the U.S. District Court electronic filing system on this 7th day of February 2020.

/s/ William G. Beck
**Attorney for Respondents Bridgeton
Landfill, LLC, Republic Services, Inc., and
Allied Services, LLC**