# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| COTTER CORPORATION, N.S.L. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19-mc-0774-AGF |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Because the automatic stay pursuant to 11 U.S.C. § 362(a) is still in place,

**IT IS HEREBY ORDERED** that Defendants' renewed motion to compel production of documents from Edward McGrath is **DENIED without prejudice** to refiling following lifting of the stay, which has not yet occurred.  ECF No. 61.

**IT IS FURTHER ORDERED** that Plaintiff shall file the next status report on **May 19, 2022**, and shall continue to file status reports every six months thereafter, as to the status of the bankruptcy proceeding and any appropriate motion as to the extension, modification, or lifting of the stay.  Within **seven days** of the termination of Defendant's bankruptcy proceeding, Plaintiff shall file with this Court a notice of such termination.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of November, 2021.