## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| COTTER CORPORATION (N.S.L.),<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Respondents. | Case No. 4:19-mc-00774-AGF |

## STATUS REPORT

1. **Bankruptcy Status**

On October 12, 2020, Respondent Mallinckrodt LLC filed a Notice of Filing Bankruptcy. ECF No. 59.  This proceeding was automatically stayed by virtue of section 362(a) of the Bankruptcy Code.  The bankruptcy affecting Respondent Mallinckrodt LLC continues to remain pending confirmation of the Reorganization Plan.  *See In re: Mallinckrodt PLC*, Case No. 20-12522 (Bankr. D. Del.).

2. **Litigation Status**

On November 18, 2021, Respondents Allied Services L.L.C., Bridgeton Landfill, LLC, and Republic Services, Inc. ("Landfill Defendants") moved to compel discovery from Petitioner Cotter Corporation (N.S.L.) ("Cotter") (ECF No. 61).  On November 22, 2021, this Court denied the Landfill Defendants' motion without prejudice (ECF No. 63).

3. **Dismissal Status**

Since the Rule 27 deposition that was the subject of this proceeding has occurred according to this Court's order (ECF No. 41), Cotter has requested that the matter be dismissed.

Dated: May 19, 2022          Respectfully submitted,

*/s/ Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Jennifer R. Steeve, #308082CA
Lauren E. Jaffe, #6316795IL
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
jsteeve@rshc-law.com
ljaffe@rshc-law.com
docketdept@rshc-law.com

ATTORNEYS FOR PETITIONER COTTER CORPORATION (N.S.L.)

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies on May 19, 2022, these papers were filed with the Clerk of the Court for the United States District Court for the Eastern District of Missouri through the CM/ECF system, which will send notification to all parties who have appeared.

*/s/ Brian O. Watson*
Brian O. Watson