# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| COTTER CORPORATION (N.S.L.), <br><br>　　　　Petitioner, <br><br>　　v. <br><br>UNITED STATES OF AMERICA, et al., <br><br>　　　　Respondents. | Case No. 4:19-mc-00774-AGF |

## STATUS REPORT

**1. Bankruptcy Status**

On October 12, 2020, Respondent Mallinckrodt LLC filed a Notice of Filing Bankruptcy. ECF No. 59. This proceeding was automatically stayed by virtue of section 362(a) of the Bankruptcy Code. The bankruptcy affecting Respondent Mallinckrodt LLC remains pending. The deadline for filing claims is November 18, 2022. *See In re: Mallinckrodt PLC*, Case No. 20-12522 (Bankr. D. Del.).

**2. Litigation Status**

No substantive activity has occurred in this matter since Cotter's last status update on May 19, 2022.

**3. Dismissal Status**

Since the Rule 27 deposition that was the subject of this proceeding has occurred according to this Court's order (ECF No. 41), Cotter renews its request that the matter be dismissed.

Dated: November 18, 2022

Respectfully submitted,

*/s/ Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
docketdept@rshc-law.com

Jennifer Steeve, #308082CA
RILEY SAFER HOLMES & CANCILA LLP
100 Spectrum Center Drive, Suite 440
Irvine, CA 92618
Phone: (949) 359-5515
Fax: (312) 471-8701
jsteeve@rshc-law.com

ATTORNEYS FOR PETITIONER COTTER CORPORATION (N.S.L.)

2

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies on November 18, 2022, these papers were filed with the Clerk of the Court for the United States District Court for the Eastern District of Missouri through the CM/ECF system, which will send notification to all parties who have appeared.

*/s/ Brian O. Watson*
Brian O. Watson